E-FILED 06-01-09

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IndyMac Bank, F.S.B., a Federally Chartered Savings Bank,<br><br>    Plaintiff,<br><br>v.<br><br>Robert S. Bell, an individual,<br><br>    Defendant. | Case No. CV-08-6693-PSG (RCx)<br><br>The Hon. Hon. Philip S. Gutierrez<br><br>**[PROPOSED]**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF INDYMAC VENTURE, LLC** |
|---|---|

In the above-entitled case, the parties having stipulated through their respective counsel that judgment be entered in favor of plaintiff Indymac Venture, LLC ("IVLLC") and against defendant Robert S. Bell ("Bell") in the amount of $1,134,598.44 plus interest, costs and attorneys' fees,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that judgment be entered in favor of IVLLC and against Bell in the sum of $1,134,598.44, plus interest from May 12, 2009, plus all costs and all attorneys' fees accrued, due or incurred by IVLLC.

Dated: **06/01/09**

_____

Judge of the United States District Court

201030288.1